**Order entered March 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00269-CV

### IN RE MICHAEL DWAYNE WILLIAMS, Relator

**Original Proceeding from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA8359627**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
JUSTICE